IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:06cv376/LAC/MD |
| | ) | |
| v. | ) | |
| | ) | |
| Undetermined quantities of bottles of | ) | |
| articles of drug, each bottle con- | ) | |
| taining 120, 90, or 60 capsules, | ) | |
| labeled in part: | ) | |
| | ) | |
| (bottle) | ) | |
| | ) | |
| "*** Advantage *** NUTRACEUTICALS *** | ) | |
| EllagiMax® All Natural Dietary | ) | |
| Supplement *** 120 Capsules *** | ) | |
| Distributed by Advantage | ) | |
| Nutraceuticals, LLC *** Shalimar, | ) | |
| FL ***" | ) | |
| | ) | |
| (bottle) | ) | |
| | ) | |
| "*** Advantage *** NUTRACEUTICALS *** | ) | |
| Coral Max™ Coral Calcium Formula *** | ) | |
| Robert Barefoot's Dream Formulation | ) | |
| *** Dietary Supplement *** 90 | ) | |
| Capsules *** Distributed by Advantage | ) | |
| Nutraceuticals, LLC *** Shalimar, | ) | |
| FL ***" | ) | |
| | ) | |
| (bottle) | ) | |
| | ) | |
| "*** Advantage *** NUTRACEUTICALS *** | ) | |
| Coral Max™ Coral Calcium Formula *** | ) | |
| Robert Barefoot's Dream Formulation | ) | |

*** Dietary Supplement *** 90 )
Capsules *** Without Iron *** )
Distributed by Advantage )
Nutraceuticals, LLC *** Shalimar, )
FL ***" )
 )
(bottle) )
 )
"*** Advantage *** NUTRACEUTICALS *** )
Advanced Arthritis Support *** With )
CMO, Devil's Claw, Glucosamine & )
Chondroitin *** Dietary Supplement )
*** 60 Capsules *** Distributed by )
Advantage Nutraceuticals, LLC *** )
Shalimar, FL ***" )
 )
undetermined quantities of brochures )
and audio cassette tapes, and bottle )
labels, labeling for the articles of )
drug, labeled in part: )
 )
(brochure) )
 )
"*** Advantage *** NUTRACEUTICALS *** )
EllagiMax$^{TM}$ All Natural *** Dietary )
Supplement *** Prevent the Mutation )
of Cells! *** may be the most )
effective way to fight the battle )
with Cancer ***" )
 )
(brochure) )
 )
"*** Advantage *** NUTRACEUTICALS *** )
Coral Max$^{TM}$ Coral Calcium Formula *** )
Robert Barefoot's Dream Formulation )
*** 100% Pure Sango Coral Calcium )
Containing every mineral found in the )
human body ***" )
 )
(brochure) )
 )
"*** Advantage *** NUTRACEUTICALS *** )
www.WelcometoAdvantage.com *** Dare )

| | |
|---|---|
| to feel better about yourself ***" | ) |
| | ) |
| (cassette tape) | ) |
| | ) |
| "*** Barefoot & Healthy "The Secret of Coral Calcium" *** Robert Barefoot ***" | ) ) ) |
| | ) |
| (bottle label) | ) |
| | ) |
| "*** Advantage *** NUTRACEUTICALS *** Advanced Arthritis Support *** With CMO, Devil's Claw, Glucosamine & Chondroitin *** Dietary Supplement *** 60 Capsules *** Distributed by Advantage Nutraceuticals, LLC *** Shalimar, FL ***" | ) ) ) ) ) ) ) |
| | ) |
| and | ) |
| | ) |
| all other articles of drug in any size or type container, labeled or unlabeled, that can be shown to contain any of the aforesaid products, and are located anywhere on the premises of Advantage Nutraceuticals L.L.C., 906 Skipper Avenue, Fort Walton Beach, Florida, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

----------------------------------------------------------------------------------------------------

## ORDER OF FORFEITURE BY DEFAULT

Before the Court is the United States' Motion for Entry of Order and Judgement of Forfeiture by Default. This is a civil forfeiture action in which the United States seeks the civil forfeiture in rem of **Undetermined Quantities of Bottles of Articles of Drug.**

The Court, being fully advised of the premises, finding that the United States has furnished due and legal notice of this proceeding as required by statute; that all persons known to the United

3

States with a possible interest in the defendant **Undetermined Quantities of Bottles of Articles of Drug** received actual notice of the action together with a copy of the Complaint for Forfeiture and Warrant and Summons for Arrest of Articles in Rem; that the United States caused public notice of the action and arrest be given by publishing a Public Notice of Action and Arrest on September 29, 2006, in the Northwest Florida Daily News, Fort Walton Beach, Florida, a newspaper of general circulation in the district and county in which the property was seized; that actual notice of the forfeiture action and the arrest, including a copy of the complaint and the warrant, was provided to the owner**, Advantage Nutraceuticals L.L.C.**, on September 5, 2006; and that no one has filed any verified statement of interest and answer in this action as required by Supplemental Rule C(6), Fed.R.Civ.P., and that the time for filing has now expired.

The Court finds further that the United States has met its burden of establishing probable cause to believe that the defendant, **Undetermined Quantities of Bottles of Articles of Drug**, is in violation the new drug and misbranding provisions of the Federal Food, Drug, and Cosmetic Act, of Title 21, United States Code, Section 355(a) and 352(f)(1), based upon its verified Complaint for Forfeiture.

IT IS THEREFORE ORDERED AND ADJUDGED that:

1. Final Judgment of Forfeiture By Default of the defendant **Undetermined Quantities of Bottles of Articles of Drug** are hereby entered in favor of the United States.

2. All persons claiming any right, title or interest in the defendant **Undetermined Quantities of Bottles of Articles of Drug**, including **Advantage Nutraceuticals L.L.C.,** are held in default.

IT IS FURTHER ORDERED that the United States shall dispose of the defendant **Undetermined Quantities of Bottles of Articles of Drug** in accordance with law.

IT IS SO ORDERED this 30th day of October, 2006.

<i>s/L.A. Collier</i><br>
LACEY A. COLLIER<br>
SENIOR UNITED STATES DISTRICT JUDGE